McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 (FAX)
Attorneys for Defendants
EJF - 3747 (Edward J. Fanning, Jr., Esq.)
ZR - 4330 (Zane C. Riester, Esq.)

| | |
|---|---|
| DENNIS DOUGLAS,<br><br>                Plaintiff,<br><br>v.<br><br>ZIMMER US, INC., ZIMMER, INC.,<br>ZIMMER HOLDINGS, INC. and ZIMMER<br>SURGICAL, INC.,<br><br>                Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Civil Case No. 2:16-cv-04998 (SDW/SCM)<br><br>MDL No. 2158<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The plaintiff, Dennis Douglas ("Plaintiff"), and the defendants, Zimmer US, Inc., Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., ("Defendants"), by their respective counsel, stipulate that all claims brought in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

MEYERS & FLOWERS, LLC
Attorneys for Plaintiffs

By: _____
     Peter J. Flowers

Dated: 04/10/2017

MCCARTER & ENGLISH, LLP
Attorneys for Defendants

By: _____
     Edward J. Fanning, Jr.
     A Member of the Firm

Dated: 5/8/17

So Ordered
this 9th day of May 2017
Susan D. Wigenton, U.S.D.J.

US.104829883.01